UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH VIERRA,

    Plaintiff,

v.                                        CASE NO. 8:24-cv-1882-SDM-NHA

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    An earlier order (Doc. 14) reverses the Commissioner's decision and remands this action for an additional finding. Sarah Vierra moves (Doc. 18) unopposed for an attorney's fee under the Equal Access to Justice Act. In a report (Doc. 19), Magistrate Judge Natalie Hirt Adams recommends granting Vierra's motion and recommends awarding Vierra a $9,021.51 attorney's fee. Judge Adams finds that Vierra satisfies each requirement under 28 U.S.C. § 2412(d) for entitlement to an attorney's fee. (Doc. 19 at 1–2) Also, Judge Adams finds that the requested fee is reasonable.

    The recommendation (Doc. 19) is **ADOPTED**. The motion (Doc. 18) for an attorney's fee is **GRANTED**. Vierra is **ENTITLED** to an attorney's fee. The clerk

- 2 -

must enter a **$9,021.51** judgment for Vierra and against the Commissioner of Social Security. The clerk must close the case.

ORDERED in Tampa, Florida, on February 20, 2025.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE